## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE WILEY Y. DANIEL

---

| | | | |
|---|---|---|---|
| Date: | December 19, 2008 | Probation: | Kurt Thoene |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

---

Criminal Case No: **02-cr-00040-WYD**       Counsel:

UNITED STATES OF AMERICA,       Guy Till

             Plaintiff,

v.

**1. JOE HIGHTOWER**,       Gary Lozow

             Defendant.

---

### COURTROOM MINUTES

---

**HEARING ON DEFENDANT'S MOTION FOR SENTENCING RELIEF PURSUANT TO 18 U.S.C. 3582(C)(2)**

**3:47 p.m.**     Court in Session - Defendant present (on-bond) (in-custody)

             APPEARANCES OF COUNSEL.

             Court's opening remarks.

             Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582(C)(2) [doc. #258], filed 10/10/08, is raised for argument.

3:49 p.m.     Argument on behalf of Defendant (Mr. Lozow).

4:18 p.m.     Argument on behalf of Government (Mr. Till).

4:22 p.m.     Statement by Defendant on his own behalf (Mr. Hightower).

Court makes findings.

**ORDERED:** Defendant's Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 U.S.C. § 3582(C)(2) [doc. #258], 10/10/08, is **GRANTED.**

**ORDERED:** Defendant's sentence is reduced from **319** months to **257** months.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:31 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  0:44**