**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 9, 2013 | Prob./Pret.: | Veronica Ramirez |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Tammy Hoffschildt | | |

Criminal Case No. **02-cr-00040-WYD**          Counsel:

UNITED STATES OF AMERICA,                      Guy Till

       Plaintiff,

v.

**1.  JOE WILLIE HIGHTOWER**,                  Gary Lozow

       Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**11:13 a.m.**     Court in Session - Defendant appears via telephone conference (in-custody)

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Defendant's Motion for Reduction of Sentence (ECF Doc. No. 301), filed August 22, 2012, is raised for argument.

11:18 a.m.     Argument by Government (Mr. Till).

11:19 a.m.     Argument by Defendant (Mr. Lozow).

11:20 a.m.     Argument by Government (Mr. Till).

| | |
|---|---|
| 11:21 a.m. | Statement on behalf of Probation (Ms. Ramirez). |
| **ORDERED:** | Defendant's Motion for Reduction of Sentence (ECF Doc. No. 301), filed August 22, 2012, is **GRANTED.** |
| **ORDERED:** | Defendant sentenced for a term of **163** months. |
| **ORDERED:** | Probation shall submit appropriate documentation to revise the sentence imposed by the Court. |
| 11:26 a.m. | Family members of Mr. Hightower, who are in attendance, identify themselves on the record. |
| 11:27 a.m. | Court's closing remarks. |
| **ORDERED:** | Defendant is **REMANDED** into the custody of the U.S. Marshal. |
| **11:32 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :19**