AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JOE WILLIE HIGHTOWER ) | Case No: 02-cr-00040-WYD-01 |
| ) | USM No: 27261-013 |
| Date of Previous Judgment: December 19, 2008 ) | Gary Lozow |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   **X** the defendant   ❏ the Director of the Bureau of Prisons   ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   ❏ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   257 months   months **is reduced to**   163 months   .

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 30 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 168 to 210 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
❏ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other *(explain)*:

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   January 17, 2003,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   January 15, 2013                               s/ Wiley Y. Daniel
                                                                                    *Judge's signature*

Effective Date:   January 9, 2013                        Wiley Y. Daniel, Senior U.S. District Judge
         *(if different from order date)*                         *Printed name and title*